## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Carl F. Miller, Jr.,<br>an individual, | : <br> : |
| Appellant | : |
| | : |
| v. | :      No. 1654 C.D. 2015 |
| | : |
| Davies Ford, Inc.,<br>a corporation | : <br> : |

## **O R D E R**

NOW, October 7, 2016, upon consideration of appellee's application for reargument and appellant's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge